UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN TODD MILLER,

          Petitioner,

        v.

STATE OF WASHINGTON,

          Respondent.

Case No.  C05-5046RBL

ORDER DISMISSING PETITION

     The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)     The Court adopts the Report and Recommendation.

    (2)     Petitioner's federal habeas petition is DISMISSED without prejudice.

    (3)     The Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

    DATED this 31st day of May, 2005.

                             RONALD B. LEIGHTON
                             UNITED STATES DISTRICT JUDGE